J. Russell Stedman (117130)
William Lee (148652)
BARGER & WOLEN LLP
650 California Street, 9th Floor
San Francisco, California 94108
Telephone:  (415) 434-2800
Facsimile:   (415) 434-2533

Attorneys for Defendant
AXA EQUITABLE LIFE INSURANCE COMPANY

Albert G. Stoll, Jr. (164649)
ALBERT G. STOLL, JR. – A LAW CORPORATION
55 Francisco Street, Ste. 403
San Francisco, CA 94133
Telephone:  (415) 576-1500
Facsimile: (415) 576-1501

Attorneys for Plaintiff
JONATHAN NICHOLAS

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN NICHOLAS,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>AXA EQUITABLE INSURANCE COMPANY,<br><br>　　　　Defendant. | CASE NO.:  C-06-02466 CRB<br><br>**STIPULATION TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE FROM JULY 28, 2006 TO AUGUST 4, 2006 AND PROPOSED ORDER** |

i:\office7\7942\192\06pleadings\stip - continue cmc hearing 0531 file.doc

BARGER & WOLEN LLP
650 CALIFORNIA STREET
NINTH FLOOR
SAN FRANCISCO, CA  94108
(415) 434-2800

STIPULATION TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE AND PROPOSED ORDER
CASE NO.: CIV.S-06-2466 CRB

-2-

1  Plaintiff JONATHAN NICHOLAS and Defendant AXA EQUITABLE LIFE
2  INSURANCE COMPANY, by and through their counsel of record, hereby stipulate to the
3  following:
4      1. On May 15, 2006, following the reassignment of the case from Judge Armstrong to
5  Judge Breyer, the clerk issued a notice scheduling the initial case management conference for
6  Friday, July 28, 2006 at 8:30 a.m.;
7      2. Because counsel for the defendant has a scheduling conflict, the parties have agreed
8  to continue the initial case management conference to Friday, August 4, 2006 at 8:30 a.m.; and
9      3. The parties agree to file their joint case management conference on or before Friday,
10 July 28, 2006.

12 **IT IS SO STIPULATED.**

13 Dated: May 31, 2006                 BARGER & WOLEN LLP

                                                 By:  /s/ William Lee
                                                         J. Russell Stedman
                                                         William Lee
                                                         Attorney for Defendant
                                                         AXA EQUITABLE LIFE
                                                         INSURANCE COMPANY

Dated: May 31, 2006                 ALBERT G. STOLL, JR. – A LAW
                                                         CORPORATION

                                                   By:  /s/ Albert G. Stoll, Jr.
                                                         Albert G. Stoll, Jr.
                                                         Attorney for Plaintiff
                                                         JONATHAN NICHOLAS

BARGER & WOLEN LLP
650 CALIFORNIA STREET
NINTH FLOOR
SAN FRANCISCO, CA 94108
(415) 434-2800

-2-
STIPULATION TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE AND PROPOSED ORDER
CASE NO.: CIV.S-06-2466 CRB

**ORDER**

For good cause showing, the Court hereby continues the July 28, 2006 Initial Case Management Conference scheduled in this case to August 4, 2006 @ 8:30 a.m. in Courtroom 8 of this Court.  The case management conference statement shall be filed on or before July 28, 2006.

**IT IS SO ORDERED.**

Dated:   June 2, 2006                       _____
**The Honorable Charles R. Breyer**
**U.S. District Court Judge**



-3-
STIPULATION TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE AND PROPOSED ORDER
CASE NO.: CIV.S-06-2466 CRB

BARGER & WOLEN LLP
650 CALIFORNIA STREET
NINTH FLOOR
SAN FRANCISCO, CA  94108
(415) 434-2800