J. Russell Stedman (117130)
William Lee (148652)
BARGER & WOLEN LLP
650 California Street, 9th Floor
San Francisco, California 94108
Telephone:  (415) 434-2800
Facsimile:   (415) 434-2533

Attorneys for Defendant
AXA EQUITABLE LIFE INSURANCE COMPANY

Albert G. Stoll, Jr. (164649)
ALBERT G. STOLL, JR. – A LAW CORPORATION
55 Francisco Street, Ste. 403
San Francisco, CA 94133
Telephone:  (415) 576-1500
Facsimile: (415) 576-1501

Attorneys for Plaintiff
JONATHAN NICHOLAS

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN NICHOLAS,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>AXA EQUITABLE INSURANCE COMPANY,<br><br>　　　　　Defendant. | CASE NO.:  C-06-02466 CRB<br><br>**STIPULATION TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE FROM JULY 28, 2006 TO AUGUST 4, 2006 AND PROPOSED ORDER** |

i:\office7\7942\192\06pleadings\stip - continue cmc hearing 0531 file.doc

BARGER & WOLEN LLP
650 CALIFORNIA STREET
NINTH FLOOR
SAN FRANCISCO, CA  94108
(415) 434-2800

STIPULATION TO CONTINUE INITIAL CASE MANAGEMENT CONFER ENCE AND PROPOSED ORDER
CASE NO.: CIV.S-06-2466 CRB

-2-

Plaintiff JONATHAN NICHOLAS and Defendant AXA EQUITABLE LIFE INSURANCE COMPANY, by and through their counsel of record, hereby stipulate to the following:

1. On May 15, 2006, following the reassignment of the case from Judge Armstrong to Judge Breyer, the clerk issued a notice scheduling the initial case management conference for Friday, July 28, 2006 at 8:30 a.m.;

2. Because counsel for the defendant has a scheduling conflict, the parties have agreed to continue the initial case management conference to Friday, August 4, 2006 at 8:30 a.m.; and

3. The parties agree to file their joint case management conference on or before Friday, July 28, 2006.

**IT IS SO STIPULATED.**

Dated:  May 31, 2006                          BARGER & WOLEN LLP

                                              By:     /s/  William Lee
                                                   J. Russell Stedman
                                                   William Lee
                                                   Attorney for Defendant
                                                   AXA EQUITABLE LIFE
                                                   INSURANCE COMPANY

Dated: May 31, 2006                           ALBERT G. STOLL, JR. – A LAW
                                              CORPORATION

                                              By:     /s/ Albert G. Stoll, Jr.
                                                   Albert G. Stoll, Jr.
                                                   Attorney for Plaintiff
                                                   JONATHAN NICHOLAS

BARGER & WOLEN LLP
650 CALIFORNIA STREET
NINTH FLOOR
SAN FRANCISCO, CA  94108
(415) 434-2800

-2-
STIPULATION TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE AND PROPOSED ORDER
CASE NO.: CIV.S-06-2466 CRB

**ORDER**

For good cause showing, the Court hereby continues the July 28, 2006 Initial Case Management Conference scheduled in this case to August 4, 2006 @ 8:30 a.m. in Courtroom 8 of this Court. The case management conference statement shall be filed on or before July 28, 2006.

**IT IS SO ORDERED.**

Dated: June 2, 2006



The Honorable Charles R. Breyer
U.S District Judge

-3-

BARGER & WOLEN LLP
650 CALIFORNIA STREET
NINTH FLOOR
SAN FRANCISCO, CA  94108
(415) 434-2800

STIPULATION TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE AND PROPOSED ORDER
CASE NO.: CIV.S-06-2466 CRB