Albert G. Stoll, Jr. (164649)
ALBERT G. STOLL, JR. | A LAW CORPORATION
55 Francisco Street, Suite 403
San Francisco, California 94133
Telephone:     (415) 576-1500
Facsimile:     (415) 576-1501

Attorney for Plaintiff and Counter-Defendant
Jonathan Nicholas

J. Russell Stedman (117130)
William Lee (148652)
BARGER & WOLEN LLP
650 California Street, 9th Floor
San Francisco, California 94108
Telephone:   (415) 434-2800
Facsimile:   (415) 434-2533

Attorney for Defendants and Counter-Claimants
AXA Equitable Life Insurance Company and
AXA Life and Annuity Company

UNITED STATES DISTRICT COURT FOR

THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN NICHOLAS | CASE NO. C 06-02466 CRB |
| Plaintiffs, | STIPULATED SEALING ORDER |
| vs. | |
| AXA EQUITABLE LIFE INSURANCE COMPANY; THE EQUITABLE OF COLORADO, INC. | |
| Defendants. | |

    1.     Pursuant to stipulation the parties agree to have the following documents filed under seal:

- Financial - AXA 0822 to AXA 0841;

- Respiratory System - AXA 0794 to AXA 0818; and

- BP & Build - AXA 0851 to AXA 0852.

2.      The above documents were originally designated as confidential by AXA Equitable Life Insurance Company and AXA Life and Annuity Company (collectively referred to hereinafter as "Defendants") pursuant to the terms and conditions of this Court's Stipulated Protective Order dated November 16, 2006.

By entering into this stipulation Defendants are not waiving their right to make any evidentiary objections or other objections concerning the above identified confidential documents.

Date: June _____, 2007                ALBERT G. STOLL, JR. | A LAW CORPORATION

                                       By: _Albert G. Stoll, Jr._
                                           ALBERT G. STOLL, JR.
                                           Attorney for Plaintiff and Counter-Defendant
                                           Jonathan Nicholas

Date: June 5, 2007                     BARGER & WOLEN LLP

                                       By: _____
                                           J. RUSSELL STEDEM
                                           WILLIAM LEE
                                           Attorney for Defendants and Counter-Claimants
                                           AXA Equitable Life Insurance Company and
                                           AXA Life and Annuity Company

PURSUANT TO STIPULATION, IT IS SO ORDERED

DATE: _____06/08/07_____        _____
                                        The Hon. Charles
                                        United States

                                        Judge Charles R. Breyer
                                        UNITED STATES DISTRICT COURT
                                        NORTHERN DISTRICT OF CALIFORNIA

STIPULATED SEALING ORDER

2