1  J. Russell Stedman (117130)
   William Lee (148652)
2  BARGER & WOLEN LLP
   650 California Street, 9th Floor
3  San Francisco, California 94108
   Telephone: (415) 434-2800
4  Facsimile: (415) 434-2533
   Rstedman@barwol.com
5  Wlee@barwol.com

6  Attorneys for Defendants and Counter-Claimants
   AXA Equitable Life Insurance Company and AXA Life
7  and Annuity Company

8

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN NICHOLAS, | CASE NO.: C06-02466 CRB |
| Plaintiff, | [PROPOSED] ORDER TO SEAL DEFENDANTS' CONFIDENTIAL DOCUMENTS |
| vs. | |
| | The Honorable Charles R. Breyer |
| AXA EQUITABLE LIFE INSURANCE COMPANY; and THE EQUITABLE OF COLORADO, INC., | Complaint Filed:  April 07, 2006 |
| Defendants. | |
| AND RELATED COUNTERCLAIM. | |

i:\office7\7942\192\07 pleadings\sealing mtn - proposed order.doc

BARGER & WOLEN LLP
650 CALIFORNIA STREET
NINTH FLOOR
SAN FRANCISCO, CA 94108
(415) 434-2800

[PROPOSED] ORDER TO SEAL DEFENDANTS' CONFIDENTIAL DOCUMENTS
CASE NO. CV-06-2466 CRB

1  The administrative motion of plaintiff Jonathan Nicholas ("Plaintiff") to file under seal certain underwriting documents declared by Defendants to be "confidential" pursuant a Stipulated Protective Order entered on November 16, 2006 was presented to this Court for consideration on June 7, 2007

Upon review of the motion submitted by Plaintiff and the declaration of John Bautista submitted by the Defendants pursuant to Local Rule 79-5(a) – (d), good cause being shown, it is hereby ordered that in support of his reply, Plaintiff is permitted to file under seal the confidential underwriting documents designated as Bates-stamped AXA 0794 through 818, AXA 0822 through 841 and AXA 0851-852 consistent with Local Rule 79-5 (f).

If any of the above documents were scanned into the Court's system and made part of the public record, those documents shall be removed from the public record and sealed pursuant to this Order.

IT IS SO ORDERED.

Dated: __June 13, 2007__   



The Honorable Charles R. Breyer
U.S. District Court Judge

BARGER & WOLEN LLP
650 CALIFORNIA STREET
NINTH FLOOR
SAN FRANCISCO, CA 94108
(415) 434-2800

-2-
[PROPOSED] ORDER TO SEAL DEFENDANTS' CONFIDENTIAL DOCUMENTS
CASE NO CV-06-2466 CRB