IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN NICHOLAS,<br><br>    Plaintiff,<br><br>  v.<br><br>AXA EQUITABLE LIFE INSURANCE COMPANY, et al.,<br><br>    Defendants._____ / | No. C 06-02466 CRB<br><br>**ORDER GRANTING DEFENDANT'S MOTION FOR LEAVE TO AMEND ANSWER AND COUNTERCLAIM** |

The Court finds good cause to permit Defendants to amend their answer and counterclaim to incorporate facts and defenses unearthed during the course of discovery. Defendants shall file and serve their Amended Answer and Amended Counterclaim not later than Friday, August 10. Plaintiff shall file his answer to the Amended Counterclaim not later than Friday, August 31.

**IT IS SO ORDERED.**

Dated: August 3, 2007

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2006\2466\order1.wpd