**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JONATHAN NICHOLAS,

      Plaintiff,

  v.

AXA EQUITABLE LIFE INSURANCE COMPANY ET AL,

      Defendant.

_____/

No. C 06-02466 CRB

**ORDER RE: DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

    Having granted Defendant's motion for leave to amend its answer and counterclaim, the Court hereby TERMINATES Defendant's recently filed motion for summary judgment. Defendant shall renotice its motion for summary judgment after the operative pleading to which it pertains has been filed and Plaintiff has been given an opportunity to file a responsive pleading to it.

    **IT IS SO ORDERED.**

Dated:  August 3, 2007

CHARLES  R. BREYER
UNITED STATES DISTRICT JUDGE