| | |
|---|---|
| 1 | Albert G. Stoll, Jr. (164649) |
| 2 | ALBERT G. STOLL, JR. | A LAW CORPORATION<br>55 Francisco Street, Suite 403 |
| 3 | San Francisco, California 94133<br>Telephone:   (415) 576-1500 |
| 4 | Facsimile:   (415) 576-1501 |
| 5 | Attorney for Plaintiff and Counter-Defendant |
| 6 | Jonathan Nicholas |
| 7 | J. Russell Stedman (117130)<br>William Lee (148652) |
| 8 | BARGER & WOLEN LLP<br>650 California Street, 9th Floor |
| 9 | San Francisco, California 94108<br>Telephone:  (415) 434-2800 |
| 10 | Facsimile:   (415) 434-2533 |
| 11 | Attorney for Defendants and Counter-Claimants |
| 12 | AXA Equitable Life Insurance Company and<br>AXA Life and Annuity Company |

UNITED STATES DISTRICT COURT FOR

THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN NICHOLAS | CASE NO. C 06-02466 CRB |
| Plaintiffs, | **STIPULATION AND [PROPOSED]** |
| | **ORDER TO DISMISS COMPLAINT** |
| vs. | **AND COUNTERCLAIM WITH** |
| | **PREJUDICE** |
| AXA EQUITABLE LIFE INSURANCE COMPANY; THE EQUITABLE OF COLORADO, INC. | |
| Defendants. | |

Plaintiff / Counter-Defendant Jonathan Nicholas and Defendants / Counter-Claimants AXA Equitable Life Insurance Company and AXA Life and Annuity Company, by and through their counsel of record, hereby stipulate to the following:

STIPULATION TO DISMISS ACTION AND COUNTERCLAIM WITH PREJUDICE AND PROPOSED ORDER

1

1. The parties hereto have reached an agreement to settle this action and the counterclaim in their entirety. The relevant documents have been finalized and the parties hereby stipulate to dismiss this action including the counterclaim in their entirety with prejudice. Each side to bear their own fees and costs.

**IT IS SO STIPULATED.**

Dated: 10/3, 2007

BARGER & WOLEN LLP

By: _____
J. RUSSELL STEDMAN
WILLIAM LEE
Attorneys for Defendants AXA
EQUITABLE LIFE INSURANCE
COMPANY and AXA LIFE AND
ANNUITY COMPANY

Dated: 9/27, 2007

ALBERT T. STOLL, JR. | A LAW CORPORATION

By: _____
ALBERT G. STOLL
COURTNEY CASSINELLI
Attorneys for Plaintiff
JONATHAN NICHOLAS

### [PROPOSED] ORDER

The above-captioned matter which includes the complaint and the counterclaim are dismissed in their entirety with prejudice.

**IT IS SO ORDERED.**

Dated: October 05, 2007

By: _____
THE HON.
United States

IT IS SO ORDERED
Judge Charles R. Breyer